No. 64709.—Alloys & Chemicals Co., Inc., et al. *v.* United States, protests 238481–K, etc. (Philadelphia).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 64710.—Moba Jewelry Corp. *v.* United States, protest 59/30409 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 64711.—Rohner Gehrig & Co., Inc. *v.* United States, protest 59/31200 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 64712.—Bar-Zel Expediters *v.* United States, protest 59/31241 (New York).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

No. 64713.—Frank P. Dow Co., Inc., et al. *v.* United States, protests 329212–K, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of foot rot secateurs, designed and used chiefly for the treatment of foot rot, a contagious disease of sheep, the claim of the plaintiffs was sustained.

No. 64714.—Ziel & Co., Inc. *v.* United States, protest 58/452 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of grape shears similar in all material respects to those the subject of *John H. Graham & Co., Inc.* v. *United States* (41 Cust. Ct. 67, C.D. 2022), the claim of the plaintiff was sustained.